UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEED AHMAD,<br>Plaintiff,<br>-against-<br>SELIP & STYLIANOU, LLP,<br>Defendant. | 25-CV-4250 (PAE)<br>ORDER OF SERVICE |

PAUL A. ENGELMAYER, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Fair Debt Collection Practices Act. By order dated May 28, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. On April 28, 2026, the court dismissed the complaint with leave to replead, and on May 28, 2026, Plaintiff filed an amended complaint, which is the operative complaint. Thereafter, this matter was reassigned to my docket.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the amended complaint and ordered that any summonses issue. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

To allow Plaintiff to effect service on Defendant Selip & Stylianou, LLP through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Selip & Stylianou, LLP. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the amended complaint is not served within 90 days after the date the summons issues, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is instructed to issue a summons for Defendant Selip & Stylianou, LLP, complete the USM-285 form with the address for Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated: July 13, 2026
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Selip & Stylianou, LLP
   199 Crossways Park Drive
   P.O. Box 9004
   Woodbury, New York 11797