UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RASHEED AHMAD,

Plaintiff,

- against -

SELIP & STYLIANOU, LLP,

Defendant.

---------------------------------------------------------------X

25-CV-4250 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

According to the docket, Defendant Selip & Stylianou, LLP was served on August 12, 2026, and an answer or other response was due by October 13, 2026. (Dkt. 16.) None has been filed. Accordingly, by November 30, 2026, Plaintiff shall file a status report addressing, among other things, any efforts to establish contact with Defendants or their attorneys, and Plaintiff's plans for proceeding with the case or applying for default and moving for default judgment.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and to note mailing on the docket.

3482 Boston Road, Suite 690327
Bronx, NY 10469